No. 17,415.

Nyberg v. Dwyer.

(280 P. [2d] 439)

Decided February 21, 1955. Rehearing denied March 14, 1955.

Mr. James E. Griffith, for plaintiff in error.

Messrs. McComb, Zarlengo & Mott, for defendant in error.

*En Banc.*

Per Curiam.

Judgment affirmed without written opinion. Mr. Justice Lindsley did not participate in the consideration of this case on review.